Minute Order Form (06/97)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 CR 1099 | DATE | 6/24/2002 |
| CASE TITLE | USA vs. Matthew Linton | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Matthew Linton's self-prepared motion to dismiss is denied. (54-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | JUN 25 2002 number of notices | |
| | Notices mailed by judge's staff. | JUN 25 2002 | |
| | Notified counsel by telephone. | date docketed | 58 |
| ✓ | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | | |
| SN | courtroom deputy's initials | 02 JUN 25 AM 7:37 Date/Time received in central Clerk's Office | date mailed notice mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,           )
                                    )
        v.                           )      No. 01 CR 1099
                                    )
MATTHEW LINTON,                      )
                                    )
                Defendant.           )

MEMORANDUM ORDER

Even though he has been and continues to be represented by counsel, so that any pro se efforts on his part are inappropriate, Matthew Linton ("Linton") has filed a self-prepared Motion To Dismiss "for violation of the speedy trail [sic] act." Although this Court might well reject that motion on the ground that Linton lacks the authority so to proceed in a case where he has a lawyer (see, e.g., such cases as <u>United States v. Kosmel</u>, 272 F.3d 501, 506 (7th Cir. 2001)),[1] it will nevertheless address the matter to head off any attempted further pursuit of the subject by Linton.

Linton is just plain wrong as a substantive matter: Not only has this Court consistently made ongoing appropriate findings and orders as to excludable time under the Speedy Trial

---

[1] This is not Linton's first effort to act on his own, although his earlier filing (in which he complained about differences with his appointed counsel and asked for new counsel) was not subject to criticism because of its subject matter. No opinion is of course expressed here as to the correctness or incorrectness of Linton's earlier claim.



Act (18 U.S.C. §3161), but it has most recently ordered a competency evaluation of Linton for good cause shown (a further basis for exclusion--see 18 U.S.C. §3161(h)(1)(A)). As soon as this Court is armed with the results of that evaluation, it expects promptly to issue any appropriate further order in Linton's case.

Thus whether or not Linton is in fact competent within the meaning of 18 U.S.C. §4241, his current motion is ill-considered and without merit. It is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 24, 2002